UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

_Goldstein_,
        Plaintiff,

    -against-

_Merrick Bank, Merrick Bank Corp_,
        Defendants.
_____X

Affirmation of Service of the
Summons and Complaint

_11_ Civ. _6710_ (_CS_)

I, _____, declare under penalty of perjury that I have served a copy of the Summons and Complaint in the above-captioned case. Service was made by personal service upon _____

_____

whose address is _____

_____

on _____, 20\_\_\_, at _____ o'clock \_\_\_\_\_.

Dated: _____
       New York, New York

_____
Signature of Server

_____
Address of Server

_____
City, State and Zip

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Merrick Bank Corporation___
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___Leah Townsend Admin Asst___, who is
designated by law to accept service of process on behalf of *(name of organization)* ___Merrick Bank Corporation___
on *(date)* ___4-19-12___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ___n/c___ for travel and $ ___20-___ for services, for a total of $ ___20.00___.

I declare under penalty of perjury that this information is true.

Date: ___4-20-12___

___Monte D Kartchner___
*Server's signature*

___Officer Monte D. Kartchner___
*Printed name and title*

___3365 S. 900 W. SLC UT 84119___
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

Haim Goldstein
*Plaintiff*

Civil Action No.: **11 CIV. 6710 (CS)**
**JUDGE SEIBEL**

v.

Merrick Bank; Merrick Bank Corporation;
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or *(3)* you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff(s) attorney, whose name and address are:

> *PRO SE*: **HAIM GOLDSTEIN**
> **7 STYLSLY LANE**
> **SPRING VALLEY, NEW YORK 10952**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RUBY KRAJICK**
CLERK OF COURT

Date: APR 1 1 2012

Signature of Clerk of Deputy Clerk