UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Haim Goldstein, PRO SE

                                    Plaintiff,

                                                    **NOTICE OF**
                                                    **ADJOURNMENT OF**
                                                    **CONFERENCE**

          -against-
                                                    11 Civ. 6710 (CS)


Merrick Bank, et al.,

                                    Defendant.
-------------------------------------------------------------x


        The conference  previously scheduled by this Court for 5/25/12 at 10:30 a.m.

***is adjourned by this Court to 5/25/12 at 4:15 p.m.***

at the Charles L. Brieant United States Courthouse, 300 Quarropas St., White

Plains, NY 10601, Courtroom 621.

                                    _____
                                    Alice F. Cama, Courtroom Deputy



Dated: White Plains, New York
          May 16, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 5/16/12