UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Haim Goldstein,

                     Plaintiff(s),                **O R D E R**
                                                                  11CV06710 (CS)

            - against -

Merrick Bank and Merrick Bank Corporation,

                     Defendant(s).
-----------------------------------------------------------X

Seibel, J.

      It having been reported to this Court that this case has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

                                                                  SO ORDERED:

                                                                  _/s/ Cathy Seibel_
                                                                  Cathy Seibel, U.S.D.J.

Dated:      White Plains, New York
               July 11, 2012

## SATTERLEE STEPHENS BURKE & BURKE LLP
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818 9200
E-Mail: mgibson@ssbb.com

33 WOOD AVENUE S.
ISELIN, NJ 08830-2735
(732) 603-4966

FAX (212) 818-9606/7
www.ssbb.com

July 9, 2012

**BY FEDERAL EXPRESS**

The Honorable Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    Goldstein v. Merrick Bank, et. al. (11-cv-6710)

Dear Judge Seibel:

      We represent defendant Merrick Bank Corporation ("Merrick") with regard to the above referenced action. We write pursuant to Your Honor's directive at the May 25, 2012 pre-motion conference regarding Merrick's anticipated motion to dismiss.

      The parties have reached a settlement of this action in principle. We hope to file a Stipulation of Discontinuance within the next 7-10 days.

Respectfully submitted,

Michael H. Gibson

cc: Jeremy Rosenberg, Esq. (via email)

1456055_1